**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

SUSANA DAVILA,
and other similarly situated individuals,

    Plaintiff,

v.

KLACORALGABLES, LLC,
ROBERTO X. ORTEGA, and
DANA M. GRIMES,

    Defendants.
_____/

**NOTICE OF REMOVAL**

    Defendants, **KLACORALGABLES, LLC**, **ROBERTO X. ORTEGA**, and **DANA M. GRIMES** (collectively, "**Defendants**"), pursuant to 28 U.S.C. §§ 1441 and 1446, file their Notice of Removal of the above action pending before the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, being the district in which the action is pending.  In support of this Notice of Removal, Defendants respectfully state as follows:

    1.    On May 18, 2016, Plaintiff **SUSANA DAVILA** ("**Plaintiff**") filed a three-count Complaint and summons against Defendants in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (Case No. 16-012431 CA 21), alleging three causes of action for overtime pay under the Fair Labor Standards Act ("**FLSA**"), 29 U.S.C. §§ 206, 207.

- 2 -

2. On May 26, 2016, Defendants were served with the Complaint and the Summons. Therefore, the time for filing this Notice of Removal under 28 U.S.C. 1446(b) has not yet expired.

3. A true and correct copy of the Complaint, summons and other documents served upon Defendants are filed herewith. No other pleadings or orders have been filed, entered, served, or purportedly served upon Defendants at this time.

4. The lawsuit was brought pursuant to a federal statute, the FLSA. The action is, therefore, a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337(a), and one which may be removed by Defendants to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

5. Defendants respectfully request that the United States District Court for the Southern District of Florida accept this Notice of Removal and that it assume jurisdiction of this cause and issue such further orders and process as may be necessary to bring before it all parties necessary for the trial hereof.

6. All Defendants consent to this removal.

**WHEREFORE**, Defendants respectfully request that the Court enter an order causing the above-entitled action to be removed to this Court for further proceedings; that this Court take jurisdiction herein; and that this Court grant Defendants such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        **SHUTTS & BOWEN LLP**
        Attorneys for Defendants
        200 S. Biscayne Boulevard
        Suite 4100
        Miami, Florida  33131
        (305) 347-7337
        (305) 347-7837 (Facsimile)
        rgl@shutts.com

        By: *s/ Rene Gonzalez-LLorens*
          Sheila M. Cesarano
          Florida Bar No. 708364
          Rene Gonzalez-LLorens
          Florida Bar No. 53790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal was sent via e-mail on this 13th day of June, 2016, to:

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
E-Mail: pmh@rgpattorneys.com
*Attorneys for Plaintiff*

        *s/ Rene Gonzalez-LLorens*
        Of Counsel

MIADOCS 13122767 1